IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOVIE ANN SCOTT                                                                                         PLAINTIFF

VS.                                         4:09CV00035 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray.  There have been no objections.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #1) be and it hereby is DISMISSED, WITH PREJUDICE.  Judgment shall be entered accordingly.

DATED this 11th day of December, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE